**J.B.K.B. CO., INC., a corporation d/b/a Fashion Island Texaco, Plaintiff–Appellant,**

v.

**TEXACO REFINING & MARKETING, INC., a corporation, Defendant–Appellee.**

No. 00–55030.

D.C. No. CV–98–6159–CBM.

United States Court of Appeals, Ninth Circuit.

Submitted July 13, 2001.*

Decided July 19, 2001.

Before RYMER and RAWLINSON, Circuit Judges, and RESTANI, Judge.**

MEMORANDUM ***

Appellant J.B.K.B. Co., Inc. ("JBKB") appeals the district court's summary judgment in favor of Texaco Refining and Marketing, Inc. ("Texaco"). JBKB sued Texaco, challenging Texaco's nonrenewal of a franchise agreement authorizing JBKB to operate a Texaco service station in Newport Beach, California. For the reasons set forth in the district court order, including its proper evidentiary determinations, analysis under the Petroleum Marketing Practices Act, 15 U.S.C. §§ 2801 *et seq.* (1994), and application of California law governing contract interpretation, we AFFIRM.[1]

---

\* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* Honorable Jane A. Restani, Judge, United States Court of International Trade, sitting by designation.

\*\*\* This disposition is not appropriate for publication and may not be cited to or by the courts of this circuit except as may be provided by 9th Cir. R. 36–3.

1. We note that the district court in its order inadvertently referred to the holding company for certain of Texaco's and Shell Oil Company's marketing and refining operations as "Quilon." *See J.B.K.B. Co. v. Texaco Refining and Marketing, Inc.,* No. CV 98–6159–CBM, at 2 n. 1, 4 n. 3 (C.D.Cal. Dec. 28, 1999) (order granting defendant summary judgment). The correct name for the holding company should be "Equilon."